Samuel Schein, Appellant, *v.* The Public Bank of New York City, Respondent.

(Appellate Term, First Department, November, 1917.)

Banks — mistake of, in failing to honor depositor's check — damages — trial.

Where a bank through its own mistake fails to honor a depositor's check at a time when he had sufficient funds to meet it, and thereafter he is refused credit by the party from whom he bought goods in payment of which the check was given, he is, in an action against the bank, entitled to have the question of damages sent to the jury.

Appeal by plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, second district, dismissing the complaint after a trial by a judge and jury.

Grauer & Rathkopf (Charles A. Rathkopf, of counsel), for appellant.

Stroock & Stroock (Charles Levy, of counsel), for respondent.

Bijur, J. Plaintiff sued defendant for damages for failure to honor his check at a time when he had sufficient funds in defendant bank to meet the same. The failure of the bank to honor the check was due to its own mistake.

Plaintiff proved clearly that he was subsequently refused credit (because of this dishonoring of his check) by the party from whom he had bought the goods in payment of which the check was given. He was, therefore, entitled to have submitted to the jury

the question of the amount of damage which he had suffered. *Levine* v. *State Bank,* 80 Misc. Rep. 524.

PHILBIN and ORDWAY, JJ., concur.

Judgment reversed and a new trial granted, with thirty dollars costs to appellant to abide event.